IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-cv-03096-RPM-BNB

KELLI PEDERSEN,
    Plaintiff,

vs.

CHRISTOPHER J. MOORE,
    Defendant.

## ORDER RE: PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

THIS MATTER having come before this Court upon the Plaintiffs' Motion to Dismiss with Prejudice, the Court having reviewed the Motion and the Court file, DOTH HEREBY ORDER:

All claims against the Defendant, Christopher J. Moore, are hereby dismissed with prejudice.

IT IS SO ORDERED this 4th day of January, 2012.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge